IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 16-03238 BKT |
| IVELISSE DIAZ AGOSTO | * | CHAPTER 13 |
| DEBTOR | * | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **IVELISSE DIZ AGOSTO** the Debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The Debtor is hereby submitting an amended Chapter 13 Plan, dated November 08, 2017, herewith and attached to this motion.

2. Due to the passage of hurricane Maria through Puerto Rico which resulted in a loss of internet communications for the Eastern region of Puerto Rico, the Debtor, who earns a living repairing computers systems, temporarily lost her income during the months of September and October, 2017. The Debtor is proposing the attached *Amended Plan* to provide for a $0.00 payment for the months of September and October, 2017 (months # 17 and 18). The Debtor proposes to recommence making Plan payments in November, 2017, the new proposed base is $18,636.00.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent regular mail to the debtors and to all creditors and parties in interest appearing on the master address list, hereby attached.

## NOTICE

**You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2 –
Notice of Amended Chapter 13 Plan
Case no. 16-03238 BKT13

    RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 08th day of November, 2017.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONER/DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico, San Juan Division

IN RE:                                                              Case No. **3:16-bk-3238**

**DIAZ AGOSTO, IVELISSE**                                           Chapter **13**
_____
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                                 ☑ AMENDED PLAN DATED: **11/08/2017**
  ☐ PRE ☐ POST-CONFIRMATION                             Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 150.00 | x | 16 | = $ | 2,400.00 |
| $ | 0.00 | x | 2 | = $ | 0.00 |
| $ | 150.00 | x | 6 | = $ | 900.00 |
| $ | 426.00 | x | 36 | = $ | 15,336.00 |
| $ | | x | | = $ | |

TOTAL: $ **18,636.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **18,636.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,485.00**

Signed: /s/ Ivelisse Diaz Agosto
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR   $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____    # _____
$ _____   $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**         Cr. _____  Cr. _____
# **XXX-XX-4600**    # _____    # _____
$ **286.98**         $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____    # _____
$ _____   $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
   **DLJ Mortgage Capital**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
        ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____   # _____    # _____
$ _____   $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* Tax refunds will be devoted each year, as periodic payments, to the Plan's funding until Plan completion. The Plan shall be deemed modified by such amount without the need of further Court Order;
  The debtor shall seek Court authorization prior any use of funds.
* IRS POC #4-1, Trustee to pay priority portion ($13,259.91) in full, through the Plan.
* DLJ Mortgage Capital, Inc. POC #6-1; the Debtor proposes to pay all pre-petition and post-petition arrears through a loss mitigation/loan modification directly with DLJ Mortgage Capital, Inc./Select Portfolio Servicing, Inc.; the Debtor consents to the lift of stay in favor of DLJ Mortgage Capital, Inc./SPS, Inc., for loss mitigation/loan modification purposes only.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**        Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing        DLJ MORTGAGE CAPITAL INC              DLJ MORTGAGE CAPITAL, INC c/o MARJALISA COLO
0104-3                                 PO BOX 65250                          PO BOX 7970
Case 16-03238-BKT13                    SALT LAKE CITY, UT 84165-0250         PONCE, PR 00732-7970
District of Puerto Rico
Old San Juan
Wed Nov  8 14:00:45 AST 2017

US Bankruptcy Court District of P.R.   Att Services                          Autoridad Acueductos Y Alcantarillados
Jose V Toledo Fed Bldg & US Courthouse PO Box 192830                         PO Box 5729
300 Recinto Sur Street, Room 109       San Juan, PR  00919-2830              Caguas, PR  00726-5729
San Juan, PR 00901-1964

Autoridad de Energia Electrica         CRIM                                  DLJ Mortgage Capital, Inc.
PO Box 363508                          CARR. #1 KM 17.3                      361 San Francisco St Fl 4
San Juan, PR  00936-3508               San Juan, PR  00926-5101              San Juan, PR  00901

Departamento de Hacienda               IRS                                   Lcda. Maribel Vidal Valdes
Bankruptcy Section                     PO Box 7346                           14859 PMB 369 200 Ave
235 Ave Arterial Hostos Ste 1504       Philadelphia, PA  19101-7346          Caguas, PR  00725-3757
San Juan, PR  00918-1451

Lcdo. Wendell W. Colon Muoz            SPS Select Portfolio Servicing, Inc.  Synchrony Bank
PO Box 7970                            PO Box 65250                          c/o of Recovery Management Systems Corp
Ponce, PR  00732-7970                  Salt Lake City, UT  84165-0250        25 S.E. 2nd Avenue, Suite 1120
                                                                             Miami, FL 33131-1605

IVELISSE DIAZ AGOSTO                   JOSE RAMON CARRION MORALES            MONSITA LECAROZ ARRIBAS
URB VILLAS DE SAN CRISTOBAL II         PO BOX 9023884                        OFFICE OF THE US TRUSTEE (UST)
335 CALLE NEEM                         SAN JUAN, PR 00902-3884               OCHOA BUILDING
LAS PIEDRAS, PR 00771-9230                                                   500 TANCA STREET  SUITE 301
                                                                             SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)DLJ Mortgage Capital, Inc.          End of Label Matrix
PO Box 65250                           Mailable recipients    18
Salt Lake City, UT 84165-0250          Bypassed recipients     1
                                       Total                  19
```